# ELECTRONIC RECORD

COA # 05-14-01073-CR      OFFENSE: 19.04

STYLE: Warren Ray Patton, Jr. v. The State of Texas      COUNTY: Kaufman

COA DISPOSITION: AFFIRMED      TRIAL COURT: 422nd Judicial District Court

DATE: 01/06/16      Publish: NO      TC CASE #: 14-00353-422-F

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Warren Ray Patton, Jr. v. The State of Texas

___APPELLANT'S___ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED___

DATE: 05/04/2016

JUDGE: _____

CCA #: 113-16

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**